**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

| | |
|---|---|
| **ROBERT A. KATZMANN**<br>CHIEF JUDGE | **CATHERINE O'HAGAN WOLFE**<br>CLERK OF COURT |

Date: February 01, 2017
Docket #: 16-3510mv
Short Title: Petersen Energia Inversora, S. v. Argentine Republic

DC Docket #: 15-cv-2739
DC Court: SDNY (NEW YORK CITY)
DC Judge: Preska

# NOTICE OF MOTION PLACED ON THE CALENDAR

A motion for leave to appeal filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, February 1, 2017.

Inquiries regarding this case may be directed to 212-857-8595.